**William ANTINORI, Plaintiff—Appellant,**

v.

**Gordon R. ENGLAND, Secretary, Department of the Navy, Defendant—Appellee.**

No. 04–2251.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 30, 2005.

Decided Oct. 18, 2005.

William Antinori, Appellant Pro Se. David J. Cortes, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, KING, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Antinori appeals the district court's order granting summary judgment in favor of the Navy in his civil action in which he alleged reverse discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis on appeal and dismiss on the reasoning of the district court. *See Antinori v. England,* No. CA–02–175–7–F (E.D.N.C. Aug. 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*